UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM WAYNE BADEAUX | CIVIL ACTION NO: 6:23-CV-00537 |
| VERSUS | DISTRICT JUDGE<br>HON. ROBERT R. SUMMERHAYS |
| RODI MARINE, LLC, and<br>RODI MARINE MANAGEMENT, LLC | MAGISTRATE JUDGE<br>HON. CAROL B. WHITEHURST |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Defendants Rodi Marine and Rodi Marine Management, and plaintiff William Badeaux, respectfully requests this Honorable Court extend the discovery deadline of June 18, 2024 to July 6, 2024, to allow for the completion of the corporate representative of Defendant Rodi and the deposition of Mr. Bill Nelson.

The trial of this matter is set for November 04, 2024, and the final pre-trial conference is set for October 22, 2024. The extension of these deadlines will not delay the trial of this matter.

For all such reasons, the parties respectfully move that the deadlines be extended as prayed.

**DATED**: June 14, 2024

*\*\*Signature Blocks on the following page\*\**

Respectfully submitted:

RESPECTFULLY SUBMITTED BY:

**DOMENGEAUX WRIGHT ROY & EDWARDS, LLC**

/s/ Elwood C. Stevens
Elwood C. Stevens, Jr. (#12,459)
Andrew J. Quackenbos (#31,924)
556 Jefferson St., Suite 500
Post Office Box 3668
Lafayette, LA 70502
Phone: (337) 233-3033
Fax: (337) 232-8213
E-mail: ElwoodS@WrightRoy.com
E-mail: AndrewQ@WrightRoy.com

And

**THE GLENN ARMENTOR LAW CORPORATION**

/s/ J. Christian Lewis
J. Christian Lewis (#21,987)
300 Stewart Street
Lafayette, Louisiana 70501
Phone: (337) 233-1471
Fax: (337) 233-5655
E-mail: clewis@glennarmentor.com

**ATTORNEYS FOR PETITIONER,
WILLIAM WAYNE BADEAUX**

**BOHMAN | MORSE, LLC**

/s/Harry E. Morse
HARRY E. MORSE (#31515)
MARTIN S. BOHMAN (#22005)
400 POYDRAS STREET, SUITE 2050
NEW ORLEANS, LA 70130
TELEPHONE: (504) 930-4009
FAX: (888) 217-2744
E-MAIL: HARRY@BOHMANMORSE.COM
E-MAIL: MARTIN@BOHMANMORSE.COM

**ATTORNEYS FOR RODI MARINE &
RODI MARINE MANAGEMENT**